LEWIS S. SAMUEL, Appellant, *v.* THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent.

*Samuel* v. *Fidelity & Casualty Co.,* 76 Hun, 308, affirmed.
(Argued October 15, 1896; decided October 30, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered March 29, 1894, which reversed a judgment in favor of plaintiff entered upon a verdict directed by the court and directed judgment for the defendant dismissing the complaint.

*Raphael J. Moses* for appellant.

*P. S. Dudley* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.

---

THE D. G. BURTON COMPANY, Respondent, *v.* STUART W. COWAN et al., Appellants, and EDWARD W. HEINSOHN et al., Respondents.

*Burton Co.* v. *Cowan,* 80 Hun, 392, affirmed.
(Argued October 16, 1896; decided October 30, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered September 15, 1894, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Walter R. Beach* for appellants.

*Joseph S. Wood* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur.